IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:23-CV-00159-GCM

| | |
|---|---|
| STRATIA INC., <br><br> Plaintiff, <br><br> v. <br><br> LIQUID GOLD HAIR PRODUCTS, INC. AND LIQUID GOLD HAIR, LLC, <br><br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning Tyra Hughley Smith. (ECF No. 29).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Ms. Tyra Hughley Smith is admitted to appear before this court *pro hac vice* on behalf of Defendants Liquid Gold Hair, LLC and Liquid Gold Hair Products, Inc.

**IT IS SO ORDERED**.

Signed: March 21, 2023

Graham C. Mullen
United States District Judge