# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:23-CV-00159-GCM

| | |
|---|---|
| STRATIA INC., <br><br> **Plaintiff,** <br><br> v. <br><br> LIQUID GOLD HAIR PRODUCTS, INC. AND LIQUID GOLD HAIR, LLC, <br><br> **Defendants.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning Timothy P. Getzoff. (ECF No. 36).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Mr. Timothy P. Getzoff is admitted to appear before this court *pro hac vice* on behalf of Plaintiff Stratia Inc.

**IT IS SO ORDERED**.

Signed: April 3, 2023

*/s/ Graham C. Mullen*
Graham C. Mullen
United States District Judge