| | |
|---|---|
| STRATIA INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LIQUID GOLD HAIR, LLC and )<br>LIQUID GOLD HAIR PRODUCTS, INC., )<br>)<br>Defendants. )<br>_____) | ORDER |

This matter is before the Court upon the Plaintiff's Motion to Seal. (Doc. No 57).

When a party makes a request to seal judicial records, the Court must (1) give the public notice and a reasonable opportunity to challenge the request to seal; (2) "consider less drastic alternatives to sealing;" and (3) if it decides to seal, make specific findings and state the reasons for its decision to seal rather than choosing other alternatives. *Virginia Dep't of State Police v. Washington Post*, 386 F.3d 567, 576 (4th Cir. 2004). In accordance with the law of this Circuit as well as the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to such materials, and alternatives to sealing. The public has been provided with adequate notice and an opportunity to object to the Plaintiff's motion. Plaintiff filed its motion on November 15, 2023 and it has been accessible to the public through the Court's electronic case filing system since that time. The Court determines that no less restrictive means other than sealing is sufficient because a public filing of such materials would reveal confidential business information. The Court concludes that the sealing of these documents is narrowly tailored to serve the interest of protecting the confidential information.

IT IS THEREFORE ORDERED that the Motion to Seal is hereby GRANTED, and the following document shall be filed under seal until further Order of this Court: the Declaration of Alli Reed. Plaintiff is further granted leave to redact a sentence on page 5 of its Opposition to Defendants' Motion for Leave to File First Amended Counterclaims and Add Third Party Defendant.

Signed: December 14, 2023

Graham C. Mullen
United States District Judge